# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CONNIE JEAN SMITH,<br><br>　　　　　　　　　Defendant. | No. CR 10-02-GF-SEH<br><br>FINDINGS AND<br>RECOMMENDATIONS<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to Counts VI and VIII of the Indictment.

After examining the Defendant under oath, the Court determined that the guilty pleas were knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived; and that the offenses charged and to which guilty pleas were entered contained each of the essential elements of the offenses.

---

NOTICE:  Objections to these Findings and Recommendation are waived unless filed and served within 14 days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. I recommend that the Defendant be adjudged guilty and that sentence be imposed. A presentence report has been ordered.

DATED this _10_ day of August, 2010.

*Keith Sly* (signature)
KEITH STRONG
United States Magistrate Judge